**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:23-po-0363-HBK |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| VALENTINO DE LEON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**          36 C.F.R. § 2.4(c); 36 CFR § 4.12

**Sentence Date:**          April 9, 2024

**Review Hearing Date:**          April 14, 2026

**Probation Expires On:**          April 9, 2027

## CONDITIONS OF UNSUPERVISED PROBATION:

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $170 which Total Amount is made up of a Fine: $ 150 Special Assessment: $ 20 Processing Fee: $ Choose an item. Restitution: $

☒     **Payment due** in full by October 9, 2024

☒     **Community Service hours Imposed of:** 50 hours by January 9, 2025

☒     **Other Conditions:** continue to participate in drug and alcohol treatment program for 24 months.

## DEFENSE POSITION:

☒     To date, Defendant has paid a total of $ 170
      ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                            Amount: $

☒     To date, Defendant has performed 60  hours of community service.

☒     Compliance with Other Conditions of Probation:  Mr. De Leon has continued with substance treatment through regular NA classes and work with a recovery counselor.  This followed his prior intensive group program previously discussed at the 2025 review hearing.

## GOVERNMENT POSITION:

☒     The Government agrees to the above-described compliance.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☐    Defendant has complied with and completed all conditions of probation described above.

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

## _DEFENDANT'S REQUEST (OPTIONAL):_

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 4/7/2026 at 10 am

   ☐    be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒    be vacated given Mr. De Leon's continued compliance.

☐    that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED:  3/26/2026

_/s/ Lisa Ndembu Lumeya_
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request (Doc. 25) is:

☐    GRANTED.  The Court orders that Choose an item.

☒    DENIED.  However, Defendant may appear by remotely.

Dated:     March 29, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE